

# THE ATTORNEY GENERAL

## OF TEXAS

CRAWFORD C. MARTIN
ATTORNEY GENERAL

AUSTIN, TEXAS 78711

April 29, 1969

Mr. Clay Cotten
Commissioner of Insurance
State Board of Insurance
1011 San Jacinto
Austin, Texas 78701

Opinion No. M-388

Re: Whether the Commissioner
of Insurance is entitled,
under Article 12.10 of
Title 122A, V.C.S., to
inspect franchise tax
reports filed in the
Office of Comptroller
and to receive copies of
same.

Dear Mr. Cotten:

Your recent letter addressed to this office
requesting an opinion on the above-referenced matter
reads, in part, as follows:

> "In my capacity as Commissioner of
> Insurance of the State of Texas, I formally
> request an opinion by your office as to whether
> or not in my official capacity I am entitled
> under the provisions of Article 12.10 of Title
> 122A of the Revised Civil Statutes of Texas
> to receive copies of and to obtain information
> contained within franchise tax reports filed
> with the office of the Comptroller of Public
> Accounts of the State of Texas. In this con-
> nection, I call your attention to the provisions
> of said Article 12.10, which provides, in part,
> concerning franchise tax reports that 'no other
> examination, disclosure or use shall be permitted
> of the reports except. . . for information of
> any officer of this state charged with the
> enforcement of its laws. . .' and to the provi-
> sions of Sec. (a) of Article 1.09 of the Texas
> Insurance Code, which provides that the Commis-
> sioner of Insurance '. . .shall be charged with
> the primary responsibility of administering,
> enforcing and carrying out the provisions of the
> Insurance Code. . .'.

Mr. Clay Cotten, page 2 (M-388)

> "Heretofore, an oral request by one of
> my subordinates has been made to the Comp-
> troller of Public Accounts for material shown
> on a franchise tax report and this has been
> followed by a formal written request dated
> April 17, 1969 (see attached copy). It was
> my thought and opinion that Attorney General
> Opinion M-295 clearly applied to the Commis-
> sioner of Insurance as well as to the State
> Securities Commissioner."

It is the opinion of this office that this question
is answered by Attorney General Opinion M-295.

Since the Commissioner of Insurance is an officer
of this State, and since Article 1.09 (a), Texas
Insurance Code, Vernon's Civil Statutes, says he
". . . shall be charged with the primary responsibility
of administering, enforcing, and carrying out the pro-
visions of the Insurance Code under the supervision of
the Board. . . ." he is entitled to request of and receive
from the State Comptroller of Public Accounts copies of
franchise tax reports made by corporations to the said
Comptroller as is provided by Article 12.10, Vernon's
Civil Statutes.

## SUMMARY

The Commissioner of Insurance, being an
"Officer of the State charged with the en-
forcement of its laws," pursuant to Article
1.09 (a), of the Texas Insurance Code, and
within the meaning of Article 12.10, Title
122A, Taxation-General, V.C.S., is entitled
to request of and to receive from the State
Comptroller of Public Accounts of the State

of Texas copies of franchise tax reports made by corporations to the Comptroller.

Yours very truly,

CRAWFORD C. MARTIN
Attorney General of Texas

FAT:dc

Prepared by Fisher A. Tyler
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
George Kelton, Vice-Chairman

Jack Goodman
John Banks
Jim Swearingen
James Broadhurst

W. V. Geppert
Staff Legal Assistant

Hawthorne Phillips
Executive Assistant